No. 94–45. LAWSON ET AL. *v.* MURRAY ET AL. Sup. Ct. N. J. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Madsen* v. *Women's Health Center, Inc.,* 512 U. S. 753 (1994).

No. — – —. MCGEE ET AL. *v.* LOS ANGELES COUNTY ET AL.;
No. — – —. MESTER *v.* SAIKI ET AL.;
No. — – —. NAUSS *v.* UNITED STATES;
No. — – —. LEGEAR *v.* NIX;
No. — – —. GODBOLDO *v.* BURT, WARDEN;
No. — – —. LAUGHTER *v.* BELK-SIMPSON;
No. — – —. BURNS *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;
No. — – —. GHAFARI *v.* GACEK ET AL.;
No. — – —. GILL *v.* WILLIAMS;
No. — – —. RANSOME *v.* BOWLING ET AL.;
No. — – —. HERNANDEZ *v.* RILEY, SUPERINTENDENT OF FISHKILL CORRECTIONAL FACILITY;
No. — – —. BOATRIGHT *v.* REICH, SECRETARY OF LABOR, ET AL.;
No. — – —. VDA DE MENDOZA ET AL. *v.* UNITED STATES; and
No. — – —. SRINIVASAN *v.* EL MONTE HIGH SCHOOL DISTRICT. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. — – —. FULLER *v.* NORFOLK SOUTHERN CORP. Motion of petitioner for reconsideration of order denying leave to file petition for writ of certiorari out of time [511 U. S. 1015] denied.

No. — – —. JEMZURA *v.* BULSIEWICZ ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time and for other relief denied.

No. — – —. CAZES *v.* TENNESSEE. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. — – —. RODRIGUEZ *v.* NEW MEXICO. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.